UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>    Plaintiff<br><br>    v.<br><br>AIDA IVETTE RAMOS ROSARIO a/k/a<br>AIDA RAMOS ROSARIO, EDGARDO LUIS<br>RODRIGUEZ GARAY, and the conjugal<br>partnership constituted by both,<br><br>    Defendants | CIVIL NO. 05-1586(JAG)<br><br>FORECLOSURE OF MORTGAGE |

## ORDER OF DISMISSAL AND FOR CANCELLATION OF LIS PENDENS

Upon motion duly made by plaintiff, United States of America, it is hereby ORDERED that this case be dismissed without prejudice and that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be canceled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of the Property Registry of Fajardo, Puerto Rico, shall be directed to cancel off record said Lis Pendens:

> "URBANA: Solar número VEINTE (20) del Bloque "G", de la Urbanización Santa María, Primera Extensión, ubicada en el Barrio Machos del término municipal de Ceiba, Puerto Rico, con un área superficial de CUATROCIENTOS SESENTA METROS CUADRADOS CON SESENTA Y NUEVE CENTIMETROS (460.69 M/C), en lindes por el NORTE, en dos alineaciones una de catorce metros con veintiocho centímetros (14.28) y la otra de diez y seis metros con setenta y ocho centímetros (16.78) con terrenos propiedad de la Sucesión Mariano Arroyo; por el SUR, en veintinueve metros (29.00) con el

U.S. v. Aida Ivette Ramos Rosario, et als
Civil No. 05-1586(JAG)
Page 2

    solar número diez y nueve (19); por el ESTE, en diez y ocho metros con sesenta y siete centímetros (18.67) con el solar número nueve (9); y por el OESTE, en nueve metros con sesenta y ocho centímetros (9.68) con la Calle Número Nueve (9).

    Sobre el antes descrito solar enclava una casa de concreto, dedicada a vivienda".

Plaintiff's mortgage is recorded at folio 85, volume 74 of Ceiba, property number 4,594, first inscription, at the Registry of the Property of Fajardo, Puerto Rico.

Lis Pendens pending to be recorded at "Asiento" 627, "Diario" 275, Entry No. 4887 of Ceiba, upon the property subject of this action.

Given at San Juan, Puerto Rico, this 20th day of July, 2005.

                                          s/Jay A. García-Gregory
                                          UNITED STATES DISTRICT JUDGE